| | |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
| | Federal Public Defender |
| 2 | DREW HAVENS (Bar No. 306280) |
| | (E-Mail: drew_havens@fd.org) |
| 3 | Deputy Federal Public Defender |
| | 321 East 2nd Street |
| 4 | Los Angeles, California 90012-4202 |
| | Telephone: (213) 894-2854 |
| 5 | Facsimile: (213) 894-0081 |
| 6 | Attorneys for Defendant |
| | TEMUR AKHMEDOV |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00101-PA-2 |
| Plaintiff, | **LETTERS RE: SENTENCING** |
| v. | |
| TEMUR AKHMEDOV. | |
| Defendant. | |

Defendant Temur Akhmedov, by and though his counsel of record, Deputy Federal Public Defender Drew Havens, herby submits the attached letters from Temur Akhmedov, Golden Star Collision, Oxana Bachinskaya, Vladimir and Zhanna Bachinskiya, and Bedros Hajian in support of his sentencing position filed at Dkt. 60. We previously submitted a letter from Oxana Bachinskaya. (Dkt. 60, Exhibit A).

//
//
//
//
//

We submit an additional letter from Ms. Bachinskaya because she wanted to provide additional information about Mr. Akhmedov and the family's circumstances.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 6, 2024    By  */s/ Drew Havens*
DREW HAVENS
Deputy Federal Public Defender

2