# LETTERS

Dear Judge Anderson,

I want to express deep regret for the crime I committed. I fully understand the significant harm I have caused to people who are in vulnerable situations. I am sorry for the suffering and financial hardships I have caused to the victims of my fraud and their families. I am ashamed of my actions, and I take full responsibility.

Over the past months, I have reflected on my poor decisions. These actions do not represent the person I want to be. While I have faced challenges, such as unemployment and my son's urgent need for surgery, I now realize that these obstacles do not excuse my behavior. I should have sought out lawful ways to help my family.

I am determined to turn my life around. I want to build a future in the medical profession, whether through education or by working in medical device sales. My wife's parents, who work in medicine, have been positive role models for me. I want to make my family proud by doing the right thing in life and helping others.

I have also distanced myself from negative influences and am focusing on strengthening my relationships with my family. They are my support system, and I am committed to being a better husband and father. I am determined to never let my family down again.

Thank you.

Respectfully,

Temur Akhmedov

Dear Judge Anderson,

    Golden Star Collision Center.
    Tel:747-774-7770
    11784 Sheldon st., unit 5, Sun Valley, CA 91352
    info@goldenstarcollision.com

    Temur has consistently demonstrated exceptional responsibility and dedication in his work. A notable example of his good qualities occurred when he handled a particularly complex installation project under tight deadlines. Despite the challenging circumstances, Timur managed to complete the job with meticulous attention to detail, professionalism, and on time earning the respect and appreciation of both our client and colleagues. It shows his high responsibility as an employee and hard-working personality. Temur's work ethic is evident in every project he undertakes. He is incredibly hardworking , often going above and beyond to ensure that every job is completed with the highest quality. Moreover, Temur's work consistently exceeds client expectations. Additionally, all clients who come to Temur are always satisfied with the results and often become repeat customers, which is a testament to his high level of skill and customer service. His ability to build and maintain strong relationships with clients speaks volumes about his dedication and excellent social personality.

    Since the arrest, Temur has shown profound remorse and has openly expressed his regret over his actions. He has conveyed his fears and shame regarding the situation and has actively engaged in self-reflection and personal development.

    I see that Temur is focused on moving forward and building a positive future. He has a strong support system from his family and friends, who are committed to helping him stay on the right path and achieve his goals. Their support provides him with the stability and encouragement necessary to maintain his focus on lawful and productive endeavors. As Temur's employer, I wouldn't want to lose such a truly valuable employee in the future.

    I hope it provides valuable insight into Temur's character and his good working skills and human personalite.

Sincerely
    Golden Star Collision Center.
    Tel:747-774-7770
    11784 Sheldon st., unit 5, Sun Valley, CA 91352
    info@goldenstarcollision.com

Oxana Bachinskaya



Los Angeles, CA, 90028

08/06/2024

Dear Judge Anderson,

    My name is Oxana Bachinskaya. Since childhood, I have been involved in music, performing on stage for 29 years. I am a professional DJ, singer, actress, and model. Temur Akhmedov is my husband. I have known him for 3 years, and I have been his wife for almost one year.

    I grew up in a family of doctors. My father is an Honored Healthcare Worker of the Russian Federation and a Distinguished Doctor of Russia. As a result, values such as honesty, respect for the law, a strong sense of justice and regard for others were always deeply instilled in our family.

    I am writing to provide a character reference for my husband, Temur Akhmedov. at the time when we became a couple (it was September), Timur was no longer involved in the criminal activity. My husband and I share a very close relationship; we confide in each other about everything. Before the proceedings in this case began, I knew that there was a period in his life that he asked me not to inquire about. He told me it had been the darkest time of his life, one that filled him with deep shame. That was said about the time when he committed the crime for which he is being judged today, Temur also shared that his child is very ill and requires a very expansive surgery. This was the reason why he committed this crime.

    Temur was raised in a loving and supportive family, where both his mother and father deeply cared for him. He was the youngest child in the family. Although he does not maintain contact with his brothers, this is something that can sometimes happen in families. Despite this, Temur's upbringing was one filled with love and positive values. Due to the way he was raised, Temur developed a strong sense of family values, which is one of the qualities that attracted me to him the most as a future husband and father to our future children.

    I would like to bring to your attention that in June of this year, I underwent a medical examination because my husband and I were planning to have children. During this examination, the doctors discovered a tumor in my uterus that may continue to grow and cannot be fully treated. The doctors can only manage its progression. As a result, the primary recommendation from my doctor, if I want to have children, was to do so as soon as possible. Given that I am already 36 years old and time is not on my side, and considering both my medical condition and my age, the huge risk of being unable to have children increases with each passing day. I have the medical report from my doctor in Russia. Considering that we are very pressed for time, I have not had the opportunity to see a doctor in Los Angeles yet. However, if additional evidence is required, I am willing to undergo any examination needed to confirm my diagnosis.

    I know Temur as a wonderful father who, despite the difficulties he is currently facing, never forgets about his son. He makes it a point to speak with him almost every day and provides financial support whenever possible. Temur never neglects his son and remains deeply attentive to his needs. I am a witness to this because I regularly send money to his son at Temur's request, since I have known Temur, because I have funds in a Russian bank.

   During our time together, I have come to know him as a man of deep integrity, honesty, incredible work ethic and unwavering kindness. He is the best man I've ever met.
   Temur has always been a pillar of strength and moral character in our family. He is someone who values honesty in all aspects of life. I have seen him consistently act with fairness and transparency, whether in his personal relationships or in his professional life. For instance, there have been many times when he could have taken the easy way out or avoided responsibility, but instead, he chose to face challenges head-on, always staying true to his principles. For example, after the period when he committed the crime, he worked as a truck driver, he worked tirelessly for months on end. He often worked 28 days straight without a single day off to support me and his son. I could only see him for three days each month, as he took those few days as his only break over a span of more than six months. His dedication and willingness to sacrifice his own comfort for the well-being of his family are truly commendable. His commitment to providing for us and his consistent choice to act with integrity, even in challenging circumstances, reflect his strong moral character. I was confused and shocked to know that someone with such high moral values could commit such a crime. It is difficult to understand how this could happen. The only one explanation I can think of is the problem with his son or family member.  Temur has recognized his mistake, and this fact shows his sincere intention to start a new, lawful life, which he is now diligently pursuing. This decision demonstrates his commitment to the principles of honesty and responsibility.
    My husband is a deeply caring person, always putting the needs of others before his own. In our marriage, he has been nothing but supportive, loving, and understanding. He has a remarkable ability to remain calm and patient, even in difficult situations, which is something that I admire greatly about him. And now, while being under investigation and wearing an ankle monitor, it is very challenging. We are facing another problem: it is extremely difficult to find employment, as no one wants to hire someone who is under investigation. Nevertheless, even in this situation, my husband does not give up. He keeps looking for legal work to earn money and  support his family, whether it's working as a truck driver, a taxi driver, delivery man or mover, and so on.
   Since the incident that has led to these proceedings, I have seen a profound sense of remorse in my husband. Temur has expressed deep regret for his actions, he has lost 45 lb since the beginning the investigation and has been open about the lessons he has learned from this experience. This situation has been incredibly difficult for him, but it has also made him more reflective and determined to be an even better person. He is committed to making amends and ensuring that nothing like this ever happens again.
   Looking forward, Temur  is dedicated to rebuilding his life and continuing to be a positive member in our family and community. He is determined to use this experience as a catalyst for personal growth. With the strong support system that he has in place, including our family and close friends, I am confident that he will be able to move forward in a positive direction and he is already demonstrating his serious intent in this decision, by working with our family therapist and starting a legitimate business in the medical field. This business, in addition to providing income, will also bring him personal satisfaction as it helps people. I am fully committed to standing by his side and supporting him in every way possible. This incident does not reflect the man I know and love.
In our society, which is built upon the principles of fairness, justice, and democracy, it is understood that every person, no matter how principled, may make a mistake. What defines us is not the mistake itself, but how we respond to it. I believe strongly in the idea that everyone deserves a second chance—a chance to learn from their faults, to make amends, and to grow. Temur has already shown his deep remorse and commitment to positive change. By giving him this opportunity, you would be honoring the democratic values that allow individuals the possibility of redemption and the chance to contribute

positively to society once more.
    Thank you for taking the time to consider this letter. I hope it helps to illustrate Temur as a remorseful, responsible, soulful, kind, humble and hardworking person and you will take into account the person my husband truly is when making your decision, and recognize the potential for good that still lies within him.

    Sincerely, Oxana Bachinskaya

Vladimir Bachinskiy and Zhanna Bachinskaya



08/07/2024

Dear Judge Anderson,

      My name is Vladimir Bachinskiy and my wife is Zhanna. I have been a Chief Medical Officer for 45 years. I am an Honored Healthcare Worker of the Russian Federation and a Distinguished Doctor of Russia. My wife has always been dedicated to raising our children. We also have an elder son, Oxana's brother, who is also a doctor.

      We are writing to offer our sincere character reference for Temur Akhmedov, who is married to our daughter, Oxana Bachinskaya. Over the course of our relationship with him, we have come to deeply respect and admire his character and values. We first met Temur 1 year ago, and from the outset, we have seen him as a man of great integrity and kindness. One memory that highlights his admirable qualities is when he took full responsibility for organizing our visit, including arranging accommodations, personal transportation, and planning a program of activities to ensure that our time in Los Angeles was enjoyable. Despite his busy schedule as an Uber driver, he managed all these arrangements with dedication and pride, showcasing the local beauty and making sure that all expenses related to our stay and the wedding were covered. This experience, among many others, illustrated his strong sense of responsibility and genuine care for those around him

      Since the commencement of the legal proceedings, Temur has exhibited a profound sense of remorse and reflection regarding his actions. He has openly expressed his regret and acknowledges the gravity of his mistake. Through this period of introspection, he has learned valuable lessons about accountability and the importance of living a law-abiding life. This is a clear example of how a bad social circle of friends can affect a kind, responsible, and honorable person, when he is in a difficult life situation. Recently, Temur started working with our family therapist. This decision was driven by his desire to better understand the circumstances that led him to make the mistake for which he is now taking responsibility. Working with a therapist is helping him not only to recognize and address the internal issues that may have contributed to his previous actions but also to find new, healthy ways to cope with challenging life situations. Temur genuinely wants to improve his life, and he understands that this requires deep self-reflection and personal development. His participation in therapy is a testament to his commitment to personal growth and to ensuring that he never repeats his mistakes. He wants to become a better person for his family, for society, and for himself. His sincere remorse and work on this problem are evidents in his actions and his determined efforts to amend his past mistakes.

      As part of his commitment to making positive changes, Temur is in the process of starting a new, legitimate business within the medical field. This endeavor is not only a step towards financial stability but also provides him with personal fulfillment, as it allows him to contribute to the well-being of others. Despite the challenges posed by his current situation, including wearing an ankle monitor, he remains resolute in his efforts to build a lawful and

productive life. Our family is fully supportive of his new direction and is committed to helping him achieve his goals.

It is crucial to recognize that Temur has made significant strides in addressing his past actions and is actively working towards rehabilitation. His dedication to starting a new, law-abiding chapter in his life and his ongoing efforts to support his family underscore his genuine commitment to personal growth and positive change. We believe that he deserves the opportunity to continue on this path and contribute positively to society.

Thank you for considering this reference in support of Temur. We hope it provides a comprehensive view of his character and the meaningful steps he is taking to rectify his past actions and build a better future.

Sincerely, Vladimir and Zhanna Bachinski



# N & N ALCO DRUG COUNSELING INC

To The Honorable Judge

I, Bedros Hajian, CEO/Chaplain of Nurturing Nest Inc, a Drug and Alcohol Rehabilitation Center. We are a community based non-profit organization and I am honored to write this letter of character for Mr. Temur Akhmedov. Many years ago, I met Mr. Akhmedov, and since then, he has been a phenomenal volunteer of our organization, as a mentor to dozens of youths who are in need of advice, and guidance from big brothers.

Our target has been intervention for those that have been experiencing hardship, Drug addiction, those with broken families, and gang infested neighborhoods. Mr. Akhmedov has demonstrated great role model to some of those disadvantaged individuals. Since 2020, he volunteered and dedicated his time to mentor them. He has taken time away from his family on the weekends and whenever he has been able to and mentored as big brothers to dozens of teenagers, led them to becoming productive members of our society. He has assisted them to employment for many years and has been able to bring success in our community. He has been a vital and positive presence to our community.

As a friend, Temur Akhmedov is simply the best. He is loyal, thoughtful of others, and very supportive. Temur has committed a crime to which he will forever be remorseful, and I know given the chance, Temur can and has been finding his way back to the man I've known for many years.

In closing, I am available to you, your honor, to provide any additional information to what is written above. I humbly ask that leniency and mercy guide your decision.

Thank you for your kind consideration, your honor, and for the opportunity to address this letter to you.

Sincerely,

Bedros Hajian
Chaplain PhD

16029 Arrow Highway # A Irwindale CA 91706
Phone (626) 255 7695